UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSCO CREDIT, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>WILTON SHORT, et al.,<br><br>                    Defendants. | Case No.  25-cv-05489-RFL<br><br>**ORDER REMANDING CASE**<br>Re: Dkt. Nos. 2, 12, 16, 20, 22 |

Defendant Wilton Short, who is representing himself, removed this action from Contra Costa County Superior Court.  (Dkt. No. 1.)  Short has filed a motion to proceed *in forma pauperis* (Dkt. No. 2), which is **GRANTED**.

On September 10, 2025, the Court issued an Order to Show Cause why the case should not be remanded for lack of subject matter jurisdiction.  (Dkt. No. 12 ("OSC").)  In response, Short sought dismissal of the action and of his co-Defendant, default judgment in his favor, and leave to file a cross-complaint, and did not address the lack of subject matter jurisdiction described in the OSC.  (Dkt. Nos. 14, 16–20, 22.)  However, because there is no subject matter jurisdiction over this removed action, the only available remedy is remand, and the Court has no authority to dismiss claims on the merits or enter default judgment in either party's favor.[1]  With respect to Short's proposed cross-complaint (Dkt. No. 16-1), the claims asserted there cannot create subject matter jurisdiction over this action.  Plaintiff Bosco's "complaint, [is] the only pleading that can properly provide grounds for removal in this case."  *Kelkris Assocs., Inc. v.*

---

[1] Short also may not voluntarily dismiss Defendant Tina Short (Dkt. No. 19), because Short is not the plaintiff in this action.  *See* Fed. R. Civ. P. 41(a)(1).

1

2

*Devlin,* No. 15-cv-00582-WHA, 2015 WL 1516898, at *1 (N.D. Cal. Apr. 1, 2015) (holding that a "cross-complaint cannot provide the basis for federal-question jurisdiction"); *see also K2 America Corp. v. Roland Oil & Gas, LLC*, 653 F.3d 1024, 1029 (9th Cir. 2011) ("Federal jurisdiction cannot hinge upon defenses or counterclaims, whether actual or anticipated.").

For the reasons stated in this Order and in the OSC, this case is remanded to Contra Costa County Superior Court.  Short's pending motions (Dkt. Nos. 16, 20, 22) are **DENIED AS MOOT**.  The Order to Show Cause is **DISCHARGED**.

**IT IS SO ORDERED.**

Dated: November 24, 2025

RITA F. LIN
United States District Judge